**Curtis MASSOOD, Appellant,**

v.

**INFINITY OUTDOOR, INC. f/k/a Outdoor Systems, Inc., Respondent.**

**No. WD 60956.**

Missouri Court of Appeals, Western District.

Sept. 24, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 29, 2002.

Application for Transfer Denied Dec. 24, 2002.

Floyd R. Finch, Jr., Kansas City, MO, for Appellant.

Robert W. Tormohlen, Kansas City, MO, for Respondent.

Before: HAROLD L. LOWENSTEIN, P.J., JAMES M. SMART, JR., and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Mr. Massood appeals the judgment of the trial court, which granted Outdoor Systems' Motion for Summary Judgment.

For the reasons set forth in the memorandum to the parties, we affirm. Rule 84.16(b).